UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUANA I. VENTURA AND<br>OSCAR ALFARO, as<br>PARENTS and NEXT FRIENDS of,<br>CHRISTOPHER VENTURA ALFARO<br><br>    Plaintiffs,<br><br>v.<br><br>PROVIDENCE HOSPITAL,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1: 06CV02090<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

Thomas M. Hogan, Esquire, a member of the bar of this Court, hereby moves the Court for the admission *pro hac vice* of Timothy John Gearin, Esquire, a member of the bar of the highest Courts of the States of Missouri, Illinois and Tennessee, as co-counsel for Defendant Providence Hospital in this case.    Attached hereto is a Declaration by Timothy John Gearin, Esquire in conformance with LCvR 83.2 (d) of the Civil Rules of this Court.

WHEREFORE, Thomas M. Hogan, Esquire, respectfully requests that this Court grant this Motion and that Timothy John Gearin, Esquire, be admitted *pro hac vice* as co-counsel for Defendant Providence Hospital in this case.

Respectfully submitted.

HOGAN & HEALD

By:

_____
Thomas M. Hogan, Esquire
DC Bar No. 104950
11130 Fairfax Blvd., Suite 310
Fairfax, VA 22030
(703) 591-0003
(703) 591-4114 (Fax)
thogan@hoganheald.com
*Counsel for Defendant*
*Providence Hospital*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion for Admission *Pro Hac Vice* was served electronically on this 15th day of August, 2007, to:

Anthony Newman, Esquire
NEWMAN, McINTOSH & HENESSEY, LLP
7315 Wisconsin Avenue, Suite 700E
Bethesda, MD 20814
301-654-3400

and

Ira Sherman, Esquire
Joseph Cammarata, Esquire
Alan Segal, Esquire
CHAIKIN & SHERMAN, PC
1232 Seventeenth Street, NW
Washington, DC 20036
202-659-8600
*Attorneys for Plaintiffs*

_____
Thomas M. Hogan, Esquire

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JUANA I. VENTURA AND                )
OSCAR ALFARO, as                    )
PARENTS and NEXT FRIENDS of,        )
CHRISTOPHER VENTURA ALFARO          )
                                    )
    Plaintiffs,        )
                                    )
v.                                  )    Case No. 1: 06CV02090
                                    )
PROVIDENCE HOSPITAL,                )
                                    )
    Defendant.         )

### DECLARATION OF TIMOTHY JOHN GEARIN, ESQUIRE

I, Timothy John Gearin, Esquire, on being duly sworn declare:

(1)    My full name is Timothy John Gearin;

(2)    My office address and telephone number are: Armstrong Teasdale LLP,

One Metropolitan Square, Suite 2600, St. Louis, MO 63102-2740, (314) 342-4140;

(3)    I am a member in good standing of the highest Courts of the States of

Missouri, Illinois and Tennessee;

(4)    I have not been disciplined by any Bar, and there are no disciplinary

complaints pending against me for violations of the Rules of the Courts of any state;

(5)    I have not been admitted *pro hac vice* in this Court previously, or at

anytime within the last two years; and

(6)    I do not engage in the practice of law from an office located in the District

of Columbia, but I do presently have an application for membership in the District of

Columbia Bar pending before the District of Columbia Court of Appeals.

_____
Timothy John Gearin, Esquire

SUBSCRIBED AND SWORN before me this _13th_ day of _August_, 2007.

_____
Notary Signature

> KIMBERLY A. GAMBLE
> Notary Public - Notary Seal
> State of Missouri
> St. Charles County
> My Commission Expires April 21, 2009
> Commission # 05553029

Notary Registration No: _05553029_

My Commission Expires: _April 21, 2009_