UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| JUANA I. VENTURA, et al. | : |
| Plaintiffs, | : |
| vs. | : Civil No. 1:06CV02090 |
| | : Judge Sullivan |
| PROVIDENCE HOSPITAL, et al. | : |
| Defendants. | : |

## LINE ENTERING APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of Joseph Cammarata, Esquire as co-counsel with Ira Sherman, Esquire and Anthony Newman, Esquire in the above-captioned case.

Respectfully submitted,

/s/ Ira Sherman/
Ira Sherman, Esquire
CHAIKIN, SHERMAN,
CAMMARATA & SIEGEL, P.C.
1232 Seventeenth Street, N.W.
Washington, D.C. 20036
Sherman@dc-law.net
(202) 659-8600

/s/ Joseph Cammarata/
CHAIKIN, SHERMAN,
CAMMARATA & SIEGEL, P.C.
1232 Seventeenth Street, N.W.
Washington, D.C. 20036
joe@dc-law.net
(202) 659-8600
**Attorneys for Plaintiffs**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically via the EM/EFC system on May 7, 2008 to:

Thomas Hogan, Esquire
HOGAN & HEALD
11130 Fairfax Blvd, Suite 310
Fairfax, VA 22030

/s/ Joseph Cammarata/
Joseph Cammarata