IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUANA I. VENTURA, *et al.*, | * |
| *Plaintiffs*, | * |
| v. | * |
| | *   Civil Action No.: 1:06CV02090 |
| | *   (EGS) |
| PROVIDENCE HOSPITAL | * |
| *Defendant*. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE TO STRIKE AND ENTER APPEARANCE OF COUNSEL

Please strike the appearance of Thomas M. Hogan, Esquire and the law firm of Hogan & Heald, and enter the appearance of Donald L. DeVries, Jr., Esquire, and Craig S. Brodsky, Esquire, and the law firm of Goodell, DeVries, Leech & Dann, LLP, as counsel for the Defendant Providence Hospital in the above captioned matter. Timothy J. Gearin, Esquire will remain as co-counsel for Defendant Providence Hospital.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Thomas M. Hogan (Bar No.:104950) | Donald L. DeVries, Jr.(Bar #: 419935) |
| 11130 Fairfax Blvd | Craig S. Brodsky (Bar #: 454924) |
| Suite 310 | Goodell, DeVries, Leech & Dann, LLP |
| Fairfax, VA 22030 | One South Street, 20th Floor |
| 703-591-0003 | Baltimore, Maryland 21202 |
| 703-591-4114 (fax) | 410-783-4000 |
| thogan@hoganheald.com | 410-783-4040 (fax) |
| | dld@gdldlaw.com |
| | csb@gdldlaw.com |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th of May, 2008, a copy of the foregoing Notice to Strike and Enter was sent via ECF and first class mail, postage prepaid to:

Anthony Newman, Esquire
Newman, McIntosh & Henessey, LLP
7315 Wisconsin Avenue, Suite 700E
Bethesda, MD 20814

Ira Sherman, Esquire
Joseph Cammarata, Esquire
Alan Segal Esquire
Chaikin, Sherman & Cammarata, PC
1232 17th St., NW
Washington, DC 20036

                                                       /s/
                                           Craig S. Brodsky

4839-8752-3842