IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUANA I. VENTURA, *et al.*,          *

    *Plaintiffs*,          *

v.          *

          Civil Action No.: 1:06CV02090
          *          (EGS)

PROVIDENCE HOSPITAL          *

    *Defendant.*          *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION TO CONTINUE STATUS CONFERENCE AND RESET EXPERT DEADLINES

All parties to this action, by and through undersigned counsel, hereby respectfully request that this Honorable Court reschedule the status conference currently set for May 16, 2008 and modify the Scheduling Order currently in effect to reflect a similar postponement of the expert witness deadlines currently in effect. In support thereof, the parties state as follows:

    1.    The present matter is a complex medical malpractice action involving allegedly severe injuries to the minor Plaintiff allegedly occurring during his birth at Providence Hospital.

    2.    Presently, a Status Conference is set for May 16, 2008 at 12:30 p.m.

    3.    In addition, presently, Plaintiffs' Rule 26(b)(4) Statements are due to be filed on May 15, 2008, Defendants' Rule 26(b)(4) Statements are due to be filed by June 16, 2008, and discovery is due by August 15, 2008.

4. On May 12, 2008, Mr. Donald DeVries and Mr. Craig Brodsky substituted their appearance for Thomas Hogan as counsel for Defendant Providence Hospital.

5. Counsel for Plaintiff has consented to a continuance of the currently scheduled Status Conference to accommodate the schedules of Mr. DeVries and Mr. Brodsky. All counsel are available for a Status Conference on Friday June 13, 2008, at 12:45 p.m.

6. In view of the Entry of Appearance of new counsel and the postponed Status Conference, all counsel agree and therefore respectfully request that this Court reset the deadline for Plaintiffs' Rule 26(b)(4) for June 13, 2008 and correspondingly reset the deadline for Defendant to file its Rule 26(b)(4) Statement to July 14, 2008. Similarly, counsel respectfully respects that the discovery deadline be extended to a date to be established at the Status Conference.

WHEREFORE, all parties hereto respectfully request that this Court enter the attached Order resetting the deadlines in this case.

Respectfully submitted,


_____/s/_____
Craig S. Brodsky (Bar #: 454924)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
410-783-4000
410-783-4040 (fax)
dld@gdldlaw.com
csb@gdldlaw.com
*Attorneys for Defendants*

Timothy John Gearin
Armstrong, Teasdale, LLP
One Metropolitan Square, Suite 2600
St. Louis, MO 63102


Respectfully submitted,


_____/s/_____
Anthony Newman, Esquire
Newman, McIntosh & Henessey, LLP
7315 Wisconsin Avenue, Suite 700E
Bethesda, MD 20814
(301) 654-30400


_____/s/_____
Ira Sherman, Esquire
Chaikin, Sherman & Cammarata, PC
1232 17th St., NW
Washington, DC 20036
(202) 659-8600

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th of May, 2008, a copy of the foregoing Joint Motion to Continue Status Conference and Reset Expert Deadlines was sent via ECF to all counsel of record.

                                                /s/
                                    Craig S. Brodsky

4818-4345-0114

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUANA I. VENTURA, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: 1:06CV02090 (EGS) |
| PROVIDENCE HOSPITAL | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Joint Motion to Reschedule Status Conference and to Reset Expert Deadlines it is, this _____ day of _____, 2008 by the United States District Court for the District of Columbia hereby ORDERED:

1.  That the Motion to Postpone Status Conference and to Reset Expert Deadlines is hereby GRANTED; and

2.  That the Status Conference currently scheduled for May 16, 2008 be and hereby is rescheduled to June 13, 2008 at 12:45; and

3.  That Plaintiffs shall file their Rule 26(b)(4) Statement by June 13, 2008; and

4.  That Defendant shall file its Rule 26(b)(4) Statement by July 14, 2008; and

5.   That a new discovery deadline shall be set at the June 13, 2008 status conference.

_____
Emmet G. Sullivan
United States District Judge

cc:   All Counsel of Record