REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY:

| CAUSE OF ACTION: TYPE B | | | | |
|---|---|---|---|---|
| CASE NO:<br>06-2090 | DATE REFERRED:<br>6/13/08<br><br>DISPOSITION DATE: | PURPOSE:<br>SETTLEMENT | JUDGE:<br>EMMET G. SULLIVN | MAG. JUDGE<br>ALAN KAY |
| PLAINTIFF(S):<br>JUANA VENTURA, et al | | DEFENDANT(S):<br>PROVIDENCE HOSPITAL | | |
| ENTRIES: | | | | |