IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUANA I. VENTURA, *et al.*,      *

   *Plaintiffs*,      *

v.      *

                        Civil Action No.: 1:06CV02090
                *      (EGS)

PROVIDENCE HOSPITAL      *

   *Defendant*.      *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

All parties to this action, by and through undersigned counsel, pursuant to the Court's instructions on June 13, 2008, at the status conference hereby will report to the Court as follows:

    1.    All parties agree that Defendant will designate experts by October 1, 2008.

    2.    All parties agree that discovery shall close by December 31, 2008.

    3.    All parties agree that dispositive motions, if any, shall be filed by February 15, 2009. Oppositions and replies, if any, shall be filed in the time provided by the Rules.

    4.    All parties are available for a pretrial conference with the Court on May 12, 13 and 14, 2009, and will hold said dates pending selection of a date by this Court.

Respectfully submitted,

_____/s/_____
Anthony Newman
Newman, McIntosh & Henessey, LLP
7315 Wisconsin Avenue, Suite 700E
Bethesda, MD  20814
202- 654-3400
anewman@nmhlaw.net

_____/s/_____
Donald L. DeVries, Jr.(Bar #:  419935)
Craig S. Brodsky (Bar #:  454924)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
410-783-4000
410-783-4040 (fax)
dld@gdldlaw.com
csb@gdldlaw.com

_____/s/_____
Ira Sherman, Esquire
Joseph Cammarata, Esquire
Alan Segal Esquire
Chaikin, Sherman & Cammarata, PC
1232  17th St., NW
Washington, DC  20036
202-659-8600
sherman@dc-law.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of July, 2008, a copy of the foregoing Joint Status Report was sent via ECF and first class mail, postage prepaid to:

Anthony Newman, Esquire
Newman, McIntosh & Henessey, LLP
7315 Wisconsin Avenue, Suite 700E
Bethesda, MD  20814

Ira Sherman, Esquire
Joseph Cammarata, Esquire
Alan Segal Esquire
Chaikin, Sherman & Cammarata, PC
1232  17th St., NW
Washington, DC  20036

Timothy Gearin, Esquire
Armstrong, Teasdale, LLP
One Metropolitan Square
Suite 2600
St. Louis, Missouri 63102-2740

            /s/
           Craig S. Brodsky

4817-9162-2658